# JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| OSCAR ALAMIS, | ) Case No. ) EDCV 13-861-JGB (DTBx) |
|            Plaintiff, | ) ) **JUDGMENT** |
|       v. | ) |
| AEP INDUSTRIES, INC. and DOES 1-50, inclusive, | ) ) |
|            Defendants. | ) ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: August 27, 2013      _____
                                           Jesus G. Bernal
                                United States District Judge

1